|  |  |  |
|---|---|---|
| **MARIA M. YAGUAL,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |  |
|  | : | Hon. Dennis M. Cavanaugh |
| **-vs-** | : | Civil Action No. 10-120 (DMC) |
|  | : |  |
| **SANDEEP PAMULAPARTY, et al.,** | : | <u>ORDER SCHEDULING CONFERENCE</u> |
|  | : |  |
| **Defendant(s).** | : |  |

**IT IS** on this 17th day of May, 2010

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Tuesday, July 20, 2010** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


    /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**